SEP 28 2026 PM4:09
FILED - USDC - FLMD - OCA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr-110-TPB-PRL
18 U.S.C. § 611(a)

TERRANCE PATRICK EVANS

**INFORMATION** **SEALED**

The United States Attorney charges:

**COUNT ONE**
**(Voting by Aliens)**

On or about November 5, 2024, in the Middle District of Florida, the defendant,

**TERRANCE PATRICK EVANS,**

an alien of the United States, did knowingly vote in an election held in part of the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a)

GREGORY W. KEHOE
United States Attorney

By: ______________________
Jerry M. Harre
Special Assistant United States Attorney

By: ______________________
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division